**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MARGARITO LIRA-LIRA, <br><br> Defendant - Appellant. | No. 08-10070 <br><br> D.C. No. CR-07-00118-DCB <br><br> MEMORANDUM [*] |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted January 11, 2010[**]

Before:     BEEZER, TROTT, and BYBEE, Ninth Circuit Judges.

    Margarito Lira-Lira appeals from his guilty-plea conviction and 72-month

sentence imposed for possession with intent to distribute approximately 212

kilograms of marijuana, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vii).

---

    [*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]     The panel unanimously finds this case suitable for decision without
oral argument.  *See* Fed. R. App. P. 34(a)(2).

DAT/Research

Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Lira-Lira's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.